**07 CV 11451**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
L.C. LICENSING, INC., : 

                Plaintiffs, :   Civil Action No. _____

     -against- :   **RULE 7.1 STATEMENT**

MAXAMOD ENTERPRISES, INC. :
doing business as VARIAZIONI and :
VARIAZIONI NYC; VARIAZIONI INC; :
BARRY HEDVAT; BIJAN HEDVAT; :
HERCHEL HEDVAT a/k/a HERSHAL :
HEDVAT; MANOUCHER HEDVAT; :
and XYZ COMPANIES, :
                Defendants. :
------------------------------------------------------------x



    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs certifies that:

    Plaintiff L.C. Licensing, Inc. is a wholly owned subsidiary of Liz Claiborne, Inc., a Delaware corporation, and there are no other publicly held corporations that own 10% or more of the stock of plaintiff L.C. Licensing, Inc.

Dated: New York, New York
       December 20, 2007

                              DREIER LLP

                              Ira S. Sacks
                              Martin J. Feinberg
                              499 Park Avenue
                              New York, New York 10022
                              (212) 328-6100

                              *Attorneys for Plaintiffs*