Ira S. Sacks
Martin J. Feinberg
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

L.C. LICENSING, INC.,

                        Plaintiff,

      -against-

MAXAMOD ENTERPRISES, INC.
doing business as VARIAZIONI and
VARIAZIONI NYC; VARIAZIONI INC;
BARRY HEDVAT; BIJAN HEDVAT;
HERCHEL HEDVAT a/k/a HERSHAL
HEDVAT; MANOUCHER HEDVAT; and
XYZ COMPANIES,
                        Defendants.
----------------------------------------------------------x

Civil Action No.
07 CV 11451 (RJH)

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

Plaintiff, L.C. Licensing, Inc., hereby gives notice pursuant to Rule 41(a)(1)(i) of the

Federal Rules of Civil Procedure, that, no adverse party having served an answer or motion for

summary judgment, the above captioned matter is dismissed without prejudice against

{00337499.DOC;}

Defendant Herchel Hedvat a/k/a Hershal Hedvat, without an award of costs or disbursements to any party.

Dated: New York, New York
April 10, 2008

Respectfully submitted,

*[signature]*

Martin J. Feinberg, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-1600
Attorneys for Plaintiff

SO ORDERED

*[signature]*

USDJ
4/15/08

{00337499.DOC;}                    2